Russull SCHWARTZ, et al., Relators,

v.

MORELL SERVICES,
INC., Respondent,

St. Paul Painting Industry Health and
Welfare Fund, Intervenor.

No. C6–01–213.

Supreme Court of Minnesota.

April 18, 2001.

Russell Sundquist, Sundquist & Associates, Ltd., St.Paul, for relator.

Craig B. Nichols, Hansen, Dordell, Bradt, Odlaug & Bradt, P.L.L.P., St. Paul, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 8, 2001, be, and the same is, affirmed without opinion. See Minn.R.Civ.App.P. 136.01, subd. 1(b).

BY THE COURT:
Joan Ericksen Lancaster
Associate Justice

George PHILIP, Relator,

v.

FORD MOTOR COMPANY,
Respondent,

Health Partners, Inc., et
al., Intervenors.

No. C3–01–203.

Supreme Court of Minnesota.

April 25, 2001.

George H. Smith, Trawick & Smith P.A.; Harold Sadoff, Law Offices of Harold Sadoff, Minneapolis, for employees.

Kathryn Hipp Carlson, Miller & Hipp, P.L.L.P., Minneapolis, for employers.

Health Partner's Inc., Darlene Peterson, Minneapolis, for intervenor.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 3, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Edward C. Stringer
Associate Justice